IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |
| This Document Relates To: | |
| 04-4896 | |

    The court issued an order granting plaintiffs Olive and James Menditto permission to amend their complaint pursuant to FRCP 15(a). Doc #13. The Menditto's motion was granted provided that the Menditto's first amended complaint shall be identical to that which they proposed. The original order referenced Doc #7, Ex A. This order extends permission to file an amended complaint which is identical to the more recent proposed complaint in Doc #9, Ex A.

    SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

**2**