1  GERALD C. STERNS (SBN 029976)
   BRENDA D. POSADA (SBN 152480)
2  STERNS & WALKER
3  901 Clay Street
   Oakland, CA  94607
4  Telephone (510) 267-0500
   Attorney for Plaintiffs
5  OLIVE AND JAMES MENDITTO

RECEIVED
06 NOV 30 PM 4:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED
DEC 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

DEEP VEIN THROMBOSIS LITIGATION

MDL Docket No. 04-1606 VRW

This Document Relates To:

OLIVE MARGARET MENDITTO and
JAMES MENDITTO,

            Plaintiffs,

    vs.

BRITISH AIRWAYS, LTD.,

            Defendants.

MENDITTO (NO. C-04-04896)

[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Having considered the above application, this Court hereby grants the application for admission of John Menditto *Pro Hac Vice* in the above-entitled action. John Menditto, an active member in good standing of the bar of the District of Columbia and the State Bar of New York,

1  whose business address is 5416 MacArthur Boulevard, NW, Washington, DC 20016, Telephone
2  number is 202-237-0579, Facsimile 703-243-1259.
3        IT IS HEREBY ORDERED that the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by that attorney must indicate appearance *pro hac*
5  
6  *vice*. Service of papers upon and communication with co-counsel designated in the application
7  will constitute notice to that party. All future filings in these actions are subject to the
8  requirements contained in General Order No. 45, Electronic Case Filing.
9        SO ORDERED.
10 
11 DATED: _____, 2006        _____
                                       Hon. Vaughn R. Walker