Kevin R. Sutherland (State Bar No.: 163746)
Kurt A. Dreibholz (State Bar No.: 212779)
CLYDE & CO US LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400
Facsimile:  (818) 936-3004
E-mail: kevin.sutherland@clydeco.us
E-mail: kurt.dreibholz@clydeco.us

Attorneys for Defendant
BRITISH AIRWAYS PLC

Brenda D. Posada (State Bar No.: 152480)
STERNS & WALKER
901 Clay Street
Oakland, California 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
E-mail: brenda@trial-law.com

Attorneys for Plaintiffs
OLIVE MARGARET MENDITTO
and JAMES MENDITTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates To:<br><br>*Olive Margaret Menditto, et al. v. British Airways, PLC*<br>Case No. 04-04896 VRW | MDL Docket No.: 04-1606 VRW<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR TAKING PLAINTIFFS' DEPOSITION**<br><br>[Local Rule 6-2] |

Pursuant to Local Rule 6-2, plaintiffs Olive Margaret Menditto and James Menditto and defendant British Airways PLC, by their attorneys of record, hereby stipulate as follows.

**STIPULATION AND ORDER TO ENLARGE TIME FOR TAKING PLAINTIFFS' DEPOSITIONS**

1  WHEREAS, on October 24, 2006, the Court issued an Order setting the
2  deadline for the defendants to complete the depositions of the plaintiffs on
3  December 31, 2006;

4  WHEREAS, plaintiff Olive Margaret Menditto is confined to a wheelchair
5  and unable to travel to California for deposition and has requested that her
6  deposition take place in Arlington, Virginia, which is the place of her residence;

7  WHEREAS, the first date that the plaintiffs are available to appear for a
8  deposition and counsel for BA is available to travel to Arlington, Virginia is
9  January 9, 2007;

10  WHEREAS, the parties have agreed that the deposition of the plaintiffs will
11  take place in Arlington, Virginia beginning on January 9, 2007; and,

12  WHEREAS, there have been no previous extensions requested or given in
13  respect of depositions or discovery;

14  IT IS HEREBY STIPULATED between the parties that good cause exists
15  for the Court to extend the deadline for BA to take the deposition of the plaintiffs
16  to January 15, 2006.

17  Dated: December 28, 2006                    CLYDE & CO US LLP

20  By: /s/ Kurt A. Dreibholz
    KEVIN R. SUTHERLAND
21  KURT A. DREIBHOLZ
    Attorneys for Defendant
22  BRITISH AIRWAYS PLC

23  -and-

24  DIANE WESTWOOD WILSON
    CLYDE & CO US LLP
25  405 Lexington Avenue
    New York, New York 10174
26  Telephone: (212) 710-3900
    Facsimile: (212) 710-3950

CLYDE & CO US LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400

Dated: December 28, 2006                    STERNS & WALKER

By: /s/ Brenda D. Posada[1]
    BRENDA D. POSADA
    Attorneys for Plaintiffs
    OLIVE MARGARET MENDITTO
    and JAMES MENDITTO

## ORDER [PROPOSED]

The deadline contained in the Court's October 24, 2006 Order in the *Menditto v. British Airways* matter for the taking of plaintiff's deposition is hereby extended to January 15, 2007.

**IT IS SO ORDERED.**

Dated: January 5, 2007

_____
HON. VAUGHN R. WALKER
Chief Judge
United States District Court
Northern District of California

*GRANTED* [stamp with signature of Judge Vaughn R Walker, seal of United States District Court, Northern District of California]

---

[1] In accordance with General Order No. 45, section X, paragraph B, Mr. Dreibholz represents that he has been authorized by counsel for plaintiffs to submit this document on their behalf. Concurrence in the filing of this document has been obtained from Brenda Posada, Esq., which concurrence shall serve in lieu of her signature on this document.

CLYDE & CO US LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400