1  Kevin R. Sutherland (State Bar No.: 163746)
   Kurt A. Dreibholz (State Bar No.: 212779)
2  CLYDE & CO US LLP
   6303 Owensmouth Avenue, 10th Floor
3  Woodland Hills, California 91367
   Telephone: (818) 936-3400
4  Facsimile: (818) 936-3004
   E-mail: kevin.sutherland@clydeco.us
5  E-mail: kurt.dreibholz@clydeco.us
            -and-
6  Diane Westwood Wilson
   CLYDE & CO US LLP
7  The Chrysler Building
   405 Lexington Avenue
8  New York, New York 10174
   Telephone: (212) 710-3900
9  Facsimile: (212) 710-3950
   Email: diane.westwoodwilson@clydeco.us
10
   Attorneys for Defendant
11 BRITISH AIRWAYS PLC

12 Brenda D. Posada (State Bar No.: 152480)
   STERNS & WALKER
13 901 Clay Street
   Oakland, California 94607
14 Telephone: (510) 267-0500
   Facsimile: (510) 267-0506
15 E-mail: brenda@trial-law.com

16 Attorneys for Plaintiffs
   OLIVE MARGARET MENDITTO
17 and JAMES MENDITTO

18
                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20

21
22 In Re DEEP VEIN THROMBOSIS   )   MDL Docket No.: 04-1606 VRW
   LITIGATION                   )
                                )   STIPULATION AND ORDER RE
23 This Document Relates To:    )   DISMISSAL WITH PREJUDICE
                                )   [PROPOSED]
24 *Olive Margaret Menditto, et al. v.* )
   *British Airways, PLC*       )
25 Case No. 04-04896 VRW        )
                                )
26                              )
                                )
27
28

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE [PROPOSED]

CLYDE & CO US LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400

1  IT IS HEREBY STIPULATED by and between plaintiffs Olive Margaret
2  Menditto and James Menditto and defendant British Airways Plc, by their
3  attorneys of record, that plaintiffs' complaint against British Airways be and
4  hereby is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

5  Dated: April 5, 2007           CLYDE & CO US LLP

7                                  By: /s/ Diane Westwood Wilson
8                                  KEVIN R. SUTHERLAND
                                   DIANE WESTWOOD WILSON
9                                  KURT A. DREIBHOLZ
                                   Attorneys for Defendant
10                                 BRITISH AIRWAYS PLC

11 Dated: April 6, 2007            STERNS & WALKER

13                                 By: /s/ Brenda D. Posada[1]
14                                 BRENDA D. POSADA
                                   Attorneys for Plaintiffs
15                                 OLIVE MARGARET MENDITTO
                                   and JAMES MENDITTO

17 IT IS SO ORDERED.

19 Dated: 6/7/2007

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] In accordance with General Order No. 45, section X, paragraph B, Mr. Dreibholz represents that he has been authorized by counsel for plaintiffs to submit this document on their behalf. Concurrence in the filing of this document has been obtained from Brenda Posada, Esq., which concurrence shall serve in lieu of her signature.

-2-

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE [PROPOSED]